## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BETTY A. MOSER : No. 440 MAL 2015
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
THE ESTATE OF RONALD R. :
RENNINGER, SR. :
:
:
PETITION OF: PAMELA RENNINGER, :
EXECUTRIX :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.